# No.

**IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**ABDUL MUKIT, SUKY BEGUM and SABA ABDUL**

**Petitioners,**

**v.**

**TODD BLANCHE, Acting Attorney General of the United States**

**Respondent.**

**Petition for Review of a Final Order of the Board of Immigration Appeals**

**PETITION FOR REVIEW**

**(AGENCY NO. A246778558, A246778559, A246778560)**

Michael E. Piston
Attorney for the Petitioner
38-08 Union St, Suite 9A
Flushing, NY 11354
Ph: 646-876-3772
Fax: 206-770-6350
Email: michaelpiston4@gmail,com

The Petitioners, Abdul Mukit, Suky Begum and Saba Abdul. by their attorney, Michael E. Piston, hereby petition the United States Court of Appeals for the Second Circuit, pursuant to 8 U.S.C. § 1252, for review of the attached order of the Board of Immigration Appeals entered on March 24, 2026, affirming the decision of the Immigration Judge denying their applications for asylum and withholding of removal under the Immigration and Nationality Act and the Convention Against Torture.

Venue is proper in this Court, the court of appeals with jurisdiction over the city of New York, State of New York, where the immigration judge completed the proceedings in this matter. 8 U.S.C. § 1252(b)(2).

Petitioners pray this Court to vacate the decision of the Board and remand the Petitioners' case for further action.

No court has upheld the validity of this order.

Respectfully submitted this 6th day of April, 2026.

/s/ *Michael E. Piston*
Michael E. Piston
Attorney for the Petitioner
38-08 Union St, Suite 9A
Flushing, NY 11354
Ph: 646-876-3772
Fax: 206-770-6350
Email: michaelpiston4@gmail,com

CERTIFICATE OF SERVICE

I, the undersigned, certify that I served the Petitioner's Petition for Review with attached Order of the Board of Immigration Appeals on this day to the party listed below via commercial carrier (FedEx) for next day delivery to:

Pamela Bondi
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Respectfully submitted this 6th day of April, 2026.

/s/*Michael E.Piston*
Michael E. Piston
Attorney for the Petitioner
38-08 Union St., Ste 9A
Flushing, NY 11354
Fax: 206-770-6350
Email: michaelpiston4@gmail.com