## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Begum et al. v. Blanche _____          Docket No.: 26-879 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Christin M. Whitacre

Firm: Department of Justice, Civil Division, Office of Immigration Litigation

Address: P.O. Box 878, Ben Franklin Station, Washington, D.C. 20044

Telephone: (202) 305-7198          Fax: (202) 305-7211

E-mail: Christin.M.Whitacre@usdoj.gov

**Appearance for:** Bondi
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Lisa Marie Arnold )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on October 28, 2022          OR

[ ] I applied for admission on _____ .

Signature of Counsel: s/ Christin M. Whitacre

Type or Print Name: Christin M. Whitacre